11:55 A.M.

# Appeal Docket Sheet

**Docket Number: 1648 MDA 2012**

Page 1 of 4

April 26, 2013

**Superior Court of Pennsylvania**



## CAPTION

Commonwealth of Pennsylvania
  v.

Dimas Santiago
  Appellant

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Notice of Appeal IFP |
| Case Status: | Closed |
| Case Processing Status: | April 26, 2013    Completed |
| Journal Number: | |
| Case Category: | Criminal |
| Case Type(s): | Possession of Firearms |

## CONSOLIDATED CASES

## RELATED CASES

## SCHEDULED EVENT

Next Event Type:                                Next Event Due Date:

## COUNSEL INFORMATION

**Appellant    Santiago, Dimas**
Pro Se: No
IFP Status: Yes
  Attorney:  Deiderick, Brian L.
  Law Firm:  Lebanon County Public Defender's Office
  Address:   Lebanon CO Pub Defender
             400 S Eighth St
             Lebanon, PA 17042
  Phone No:  (717) 228-4421        Fax No:

**Appellee    Commonwealth of Pennsylvania**
Pro Se: No
IFP Status: No
  Attorney:  Eisenhart, Nichole Lynn
  Law Firm:  Lebanon County District Attorney's Office
  Address:   County of Lebanon
             400 S 8TH St
             Lebanon, PA 17042--6794
  Phone No:  (717) 228-4403        Fax No:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

# Appeal Docket Sheet

**Docket Number:** 1648 MDA 2012

Page 2 of 4

April 26, 2013



**Superior Court of Pennsylvania**

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Below: | Lebanon County Court of Common Pleas | | |
| County: | Lebanon | Division: | Lebanon County Criminal Division |
| Order Appealed From: | August 22, 2012 | Judicial District: | 52 |
| Documents Received: | September 19, 2012 | Notice of Appeal Filed: | September 13, 2012 |
| Order Type: | Judgment of Sentence | | |
| OTN(s): | | | |
| Lower Ct Docket No(s): | CP-38-CR-0000557-2011 | | |
| Lower Ct Judge(s): | Kline, Samuel A. Judge | | |

## ORIGINAL RECORD CONTENT

| Original Record Item Part | Filed Date | Content Description |
|---|---|---|
| | November 21, 2012 | 1 |

**Date of Remand of Record:** April 26, 2013

## BRIEFING SCHEDULE

**Appellant**
Santiago, Dimas
Brief
Due: December 31, 2012    Filed:

**Appellee**
Commonwealth of Pennsylvania
Brief

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| September 19, 2012 | Notice of Appeal IFP Docketed | | |
| | | Appellant | Santiago, Dimas |
| November 21, 2012 | Trial Court Record and Opinion Received | | |
| | | | Lebanon County Court of Common Pleas |
| November 26, 2012 | Application for Appointment of Counsel | | |
| | | Appellant | Santiago, Dimas |
| November 29, 2012 | Order Denying Appointment of Counsel Filed | | |
| | | | Per Curiam |

Comment: Appellant's application for appointment of counsel is hereby DENIED. See Commonwealth v. Knapp, 542 A.2d 546 (Pa. Super. 1988)(although an indigent defendant is entitled to free counsel, the defendant is not entitled to free counsel of choice, and appointed counsel may be rejected only for good cause shown).

| December 4, 2012 | Application for an Order to Compel | | |
|---|---|---|---|
| | | Appellant | Santiago, Dimas |

Document Name: Filed Pro se
Comment: "Petition to Compel Appointed Counsel Motion"

| December 6, 2012 | Application for an Order to Compel Denied | | |
|---|---|---|---|
| | | | Per Curiam |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

Docket Number: 1648 MDA 2012

Page 3 of 4

April 26, 2013



## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **February 14, 2013** | Dismissed for Failure to File Brief | | Per Curiam |

Comment: AND NOW, this 14th day of February, 2013, counsel having failed to file a BRIEF for Appellant, the appeal is DISMISSED.

If counsel is court-appointed, the trial court is directed to withold counsel fees pertaining to this appeal.

Counsel for appellant is directed to file with this Court, within 10 days, a certification that the client has been notified of this dismissal. Failure to comply may result in referral to the Disciplinary Board.

| | | | |
|---|---|---|---|
| **March 15, 2013** | Application for Reconsideration of Order | Appellant | Santiago, Dimas |

Document Name: filed Pro Se

| | | | |
|---|---|---|---|
| **March 19, 2013** | Order Denying Reconsideration of Order | | Per Curiam |

Comment: Upon review of appellant's application for reconsideration of this Court's February 14, 2013 order, appellant's application is hereby DENIED.

| | | | |
|---|---|---|---|
| **April 16, 2013** | Application for Relief | Appellant | Santiago, Dimas |

Document Name: Motion to Withdraw Counsel/Motion for Entry of Appearance

| | | | |
|---|---|---|---|
| **April 19, 2013** | Order Granting Application for Relief | | Per Curiam |

Comment: Upon review of appellant's application for relief, the following is ORDERED:
The Prothonotary of this Court is directed to remove Elizabeth Judd, Esq.'s name from the docket as counsel for appellant. Brian L. Deiderick, Esq. is the court appointed counsel for appellant.

| | | | |
|---|---|---|---|
| **April 26, 2013** | Remitted | | Middle District Filing Office |
| **April 26, 2013** | Application for Relief | Appellant | Santiago, Dimas |

Comment: Motion to appeal on colloral attack

| | | | |
|---|---|---|---|
| **April 26, 2013** | Application for Relief | Appellant | Santiago, Dimas |

Comment: Petition to resolve Superior Court of PA dismissal of direct appeal

## DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Final Disposition: | Yes | | |
| Related Journal No: | | Judgment Date: | |
| Category: | Disposed Before Decision | Disposition Author: | Per Curiam |
| Disposition: | Dismissed for Failure to File Brief | Disposition Date: | February 14, 2013 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

11:55 A.M.

# Appeal Docket Sheet

**Docket Number: 1648 MDA 2012**

Page 4 of 4

April 26, 2013

**Superior Court of Pennsylvania**



## DISPOSITION INFORMATION

Disposition Comment: AND NOW, this 14th day of February, 2013, counsel having failed to file a BRIEF for Appellant, the appeal is DISMISSED.

If counsel is court-appointed, the trial court is directed to withold counsel fees pertaining to this appeal.

Counsel for appellant is directed to file with this Court, within 10 days, a certification that the client has been notified of this dismissal. Failure to comply may result in referral to the Disciplinary Board.

Dispositional Filing:
Filed Date:   Filing Author:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.